# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Craig Gleason, <br><br> Plaintiff, <br> v. <br><br> Versatile Marketing Solutions d/b/a/ Alliance Home Protection, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: _____ <br><br><br><br> **COMPLAINT** <br> **JURY TRIAL DEMANDED** |

For this Complaint, the Plaintiff, Craig Gleason, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

5. Plaintiff, Craig Gleason ("Plaintiff"), is an adult individual residing in Johns Creek, Georgia.

6. Defendant Versatile Marketing Solutions d/b/a/ Alliance Home Protection d/b/a/ Alliance Home Protection ("Versatile"), is a Texas business entity with an address of 2720 North Stemmons Freeway, Suite #300, Dallas, Texas 75207.

## FACTS

7. Within the past year, Defendant contacted Plaintiff using an automated telephone dialing system with an artificial or prerecorded voice (hereafter "Robocalls").

8. Around July 2012, Defendant began placing Robocalls calls to Plaintiff's residential phone in an attempt to sell an alarm system to Plaintiff.

9. When Plaintiff answered the call, he would receive an automated voice recording that instructed him to press "2" in order to be removed from Defendant's call list.

10. On numerous occasions, Plaintiff pressed "2" as instructed. Despite doing so, Defendant continued to contact Plaintiff at an excessive rate, calling up to three times per day.

11. Plaintiff never provided his residential phone number to Defendant.

12. Plaintiff never provided any express consent to Defendants to be called at his residential phone line.

### Plaintiff Suffered Actual Damages

13. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

### COUNT I
### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
### 47 U.S.C. § 227, et seq.

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. The Defendants made telephone calls to the Plaintiff's residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the Plaintiff in violation of 47 U.S.C. § 227(b)(1)(B).

16. The foregoing acts and omissions of the Defendants violations of the Telephone Consumer Protection Act, including the above-cited provision.

17. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages of $500.00 dollars for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Attorney's costs and fees; and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 16, 2013.

Respectfully submitted,

By: /s/ Cara Hergenroether, Esq.
Georgia Bar No. 570753
Attorney for Plaintiff Craig Gleason
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:   (888) 953-6237
Email: chergenroether@lemberglaw.com