

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 19 2013

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRAIG GLEASON,
    Plaintiff

v.

VERSATILE MKTING.SOL., d/b/a
ALLIANCE HOME PROTECTION,
    Defendant

Civil Action No. 1:13-cv-0159

### Defendant's Answer to Complaint, Motion to Dismiss, and Counter-Claim

### ANSWER

1. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
2. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
3. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
4. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
5. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
6. Acknowledged.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
12. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
13. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
14. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
15. Denied. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.

16. Denied. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.
17. Denied. Respondent is without knowledge sufficient to form an opinion and leaves Plaintiff to his proof.

Submitted by Alliance Home Protection
Through Its Attorney,

_____
Louise Marcus, Esq. RI#6925
Marcus Law Offices
33 College Hill Road, #15e
Warwick, RI  02886
401-331-3300 (phone)
401-331-3350 (fax)

**CERTFICATION**

On the 14TH day of February, 2013, the undersigned filed its Answer with the Court and mailed the same, US Postage Prepaid, to Plaintiff at address of record.