UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG GLEASON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:13-cv-00159-MHS |
| ) | |
| VERSATILE MARKETING ) | |
| SOLUTIONS d/b/a ALLIANCE ) | |
| HOME PROTECTION, et al., ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**PLAINTIFF CRAIG GLEASON'S RESPONSE
TO DEFENDANT VERSATILE MARKETING SOLUTIONS'
<u>MOTION TO DISMISS</u>**

COMES NOW Plaintiff Craig Gleason, by and through his counsel, and files this Response to Defendant's Motion to Dismiss.

On February 19, 2013, Defendant filed its Motion to Dismiss. [Doc. 6.] Defendant's Motion fails to set forth any deficiencies in Plaintiff's Complaint, authority of any kind in support of the Motion, or any other grounds for the requested dismissal. As Defendant completely fails to provide Plaintiff or this Court any facts or law upon which to grant the instant request, the Motion to Dismiss should be denied.

WHEREFORE, as Defendant fails to set forth any grounds for dismissal, Plaintiff respectfully requests that the Court deny the Motion and grant Plaintiff such other relief as may be required by the interests of justice.

Respectfully submitted this 6th day of March, 2013.

> By: /s/ Cara Hergenroether, Esq.
> Georgia Bar No. 570753
> Attorney for Plaintiff Craig Gleason
> LEMBERG & ASSOCIATES L.L.C.
> 1400 Veterans Memorial Highway
> Suite 134, #150
> Mableton, GA 30126
> Telephone: (855) 301-2100 ext. 5516
> Facsimile:  (888) 953-6237
> Email: chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, I electronically filed the foregoing PLAINTIFF CRAIG GLEASON'S RESPONSE TO DEFENDANT VERSATILE MARKETING SOLUTIONS' MOTION TO DISMISS using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Louise Marcus, Esq.
>MARCUS LAW OFFICES
>33 College Hill Road, #15E
>Warwick, RI 02886
>*Attorneys for Defendant*
>*Versatile Marketing Solutions d/b/a Alliance Home Protection*

        s/Cara Hergenroether
        Georgia Bar No. 570753
        Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424