# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Craig Gleason, | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-00159-MHS |
| v. | : |
| Versatile Marketing Solutions, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 9, 2013

                                              Respectfully submitted,

                                                /s/  Sergei Lemberg
                                              Sergei Lemberg, Esq.
                                              LEMBERG LAW L.L.C.
                                              1100 Summer Street
                                              Stamford, CT 06905

Telephone: (203) 653-2250
Email:  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.