IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG GLEASON,  Plaintiff, | : |
| v. | :  CIVIL ACTION NO. |
| VERSATILE MARKETING SOLUTIONS, and DOES 1-10, inclusive,  Defendants., | :  1:13-CV-159-MHS  : |

## ORDER

The Court has been advised that this action has been settled; therefore, it is not necessary that the action remain upon the docket of the Court.

IT IS ORDERED that the action is hereby DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown within sixty (60) days from this date that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED, this ___ day of December, 2013.

MARVIN H. SHOOB
Senior United States District Judge