# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

_____

Craig Gleason,

                Plaintiff,

   v.

Versatile Marketing Solutions, Inc.; and DOES 1-10, inclusive,

                Defendant.

_____

CIVIL ACTION FILE.:
1:13-cv-00159-MHS

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Craig Gleason and Defendant, Versatile Marketing Solutions, Inc., L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Craig Gleason dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 14th day of January, 2014.

| **LEMBERG LAW L.L.C.** | **MARCUS LAW OFFICES** |
|---|---|
| /s/ Sergei Lemberg, Esq. | /s/ Louise Marcus, Esq. |
| Sergei Lemberg, Esq. | Louise Marcus, Esq. |
| *Attorney for Plaintiff Craig Gleason* | *Attorney for Defendant Versatile Marketing Solutions d/b/a/ Alliance Home Protection* |
| 1100 Summer Street, 3rd Floor | |
| Stamford, CT 06905 | 33 College Hill Road, 15e |
| Telephone: (203) 653-2250 | Warwick, RI 02886 |
| Facsimile: (203) 653-3424 | Telephone: (401) 331-3300 |
| Email: slemberg@lemberglaw.com | Facsimile: (401) 331-3350 |
| | Email: lmarcus@verizon.net |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Louise Marcus
>Marcus Law Offices
>33 College Hill Road, 15e
>Warwick, RI 02886
>(401) 331-3300
>*Attorney for Defendant Versatile Marketing Solutions d/b/a/ Alliance Home Protection*

/s/Sergei Lemberg
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424